UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:25CR00012 MTS |
| v. | ) | |
| | ) | |
| ANDREW CRUM, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S SENTENCING MEMORANDUM AND JOINT REQUEST FOR DOWNWARD VARIANCE

Andrew Crum comes before the Court today facing his first felony conviction and first term of incarceration. The parties' joint recommendation of 120 months in the Bureau of Prisons followed by lifetime supervision is sufficient but not greater than necessary to serve the statutory purposes of sentencing.

Andrew has struggled throughout his life with significant mental health issues. He suffered emotional and physical abuse from his mother throughout his childhood. He recalls her belittling him and telling him, **"I wish you were never born."** When he was just 9 years old, she attempted to strangle him with a t-shirt. Andrew was hospitalized after a suicide attempt at 16 years old. After that he spent some time in a psychiatric ward and was diagnosed with Depression and Anxiety. Those suicidal ideations have resurfaced throughout his life, most recently when he separated from his wife. While in pretrial custody on this case, Andrew has also been diagnosed with bipolar disorder and is prescribed Prozac and Risperdal.

1

Andrew also began using controlled substances and alcohol when he was just 13 years old to cope with some of these issues. This escalated to frequent cocaine use up until his arrest in 2025. He dropped out of school in 10th grade after learning he was expecting his first child. Despite these struggles, he has always worked hard to provide for his family. He looks forward to taking advantage of all the resources available in the Bureau of Prisons and with the United States Probation Office. He hopes to earn his GED and gain additional job training in HVAC and welding. He also is looking forward to mental health and substance use treatment, both things he's only sporadically been provided throughout his adult life. He respectfully requests placement at FCI Milan in Michigan as long as it is consistent with BOP policies. Alternatively, he requests placement as close to the Northern District of Ohio as possible.

While the offense conduct in this case is incredibly serious, a sentence of 120 months is also significant and substantial. The lifetime consequences of a felony conviction, and specifically the lifetime collateral consequences of a conviction for a sex offense, are significant punishments in addition to incarceration. The presentence investigation report notes that a variance may be warranted in this case given Andrew's history and characteristics. Specifically, the PSR refers to Andrew's lack of criminal history, mental health issues, and substance use. Andrew respectfully requests this Court consider a downward variance and follow the parties' joint recommendation of 120 months, to be followed by lifetime supervised release.

Respectfully submitted,

/s/*Stephanie G. Zipfel*
STEPHANIE G. ZIPFEL   #66353 MO
Assistant Federal Public Defender
1010 Market Street - Suite 200
St. Louis, Missouri 63101
Telephone 314-241-1255
FAX: 314-421-3177
E-Mail: Stephanie_Zipfel@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on 06/17/26, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Attorney.

/s/ *Stephanie G. Zipfel*
STEPHANIE G. ZIPFEL

3